IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES DEON JONES , | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00471-TES-CHW |
| | * |
| LALA D JONES et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 15, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk